# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1578

Anahita Mukherji

Appellee

v.

Loren K. Miller, in his official capacity as Director, Nebraska Service Center, U.S. Citizenship and Immigration Services and Joseph B. Edlow, in his official capacity as Director, U.S. Citizenship and Immigration Services

Appellants

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:24-cv-03170-JFB)

---

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until June 10, 2026 to file the brief and appendix.

May 05, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler