No. 26-1578

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT


ANAHITA MUKHERJI,
Plaintiff-Appellee,


v.


LOREN MILLER, *ET AL*,
Defendants-Appellants.

Appeal from the United States District Court
For the District of Nebraska
No. 4:24-cv-03170

## WITHDRAWAL OF APPEAL (ASSENTED TO)

Pursuant to Fed. R. App. P. 42(b), Respondents-Appellants respectfully move this Court to enter an order dismissing the above-captioned appeal.

In support of this motion, the government states that it has elected not to pursue this appeal, and that this decision has come before either side filed a brief in the case.

On June 9, 2026, counsel for the government conferred with counsel for Plaintiff-Appellee, and they assent to this motion.

Accordingly, the Government moves to withdraw and dismiss its appeal from the district court's order pursuant to Fed. R. App. P. 42(b), with prejudice, with each party bearing its own costs and fees of the appeal.

Respectfully submitted this 10th day of June 2026.

BRETT A. SHUMATE
Assistant Attorney General

SAMUEL P. GO
Assistant Director

*/s/ Brian V. Schaeffer*
BRIAN V. SCHAEFFER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box. 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 598-7311
Fax: (202) 305-7000
e-mail: brian.schaeffer@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice and electronic link to this document to all attorneys of record.

By: */s/ Brian V. Schaeffer*
BRIAN V. SCHAEFFER
Trial Attorney
United States Department of Justice
Civil Division

# CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

The motion contains 115 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2.      This motion complies with the typeface and typestyle requirements of Fed. R. App. P. 32(g)(1) because:

The brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point.

/s/ *Brian V.  Schaeffer*
BRIAN V. SCHAEFFER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7311